# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Bayou Steel BD Holdings, L.L.C.  
    Debtor  

Bankruptcy Case No.: 19−12153−KBO

Bankruptcy Chapter: 7

---

George L. Miller

    Plaintiff

    vs.

Scrap Connection

    Defendant(s)

Adv. Proc. No.: 21−50228−KBO

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Scrap Connection

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_Una O'Boyle_  
Una O'Boyle, Clerk of Court

Date: 4/28/21    By: Sara Hughes, Deputy Clerk

(VAN−431)