# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Bayou Steel BD Holdings, L.L.C.<br>    Debtor | Bankruptcy Case No.: 19–12153–KBO<br><br>Bankruptcy Chapter:  7 |

George L. Miller

    Plaintiff                                                        Adv. Proc. No.:  21–50228–KBO

    vs.

Scrap Connection

    Defendant(s)

**JUDGMENT BY DEFAULT**

    On 4/28/21, default was entered against defendant(s) Scrap Connection . The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Scrap Connection in the amount of $906,990.09 plus court filing costs in the amount of $350.00 .

Date: 4/28/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)