# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Bayou Steel BD Holdings, L.L.C.<br>　　Debtor<br>_____ | Bankruptcy Case No.: 19−12153−KBO<br><br>Bankruptcy Chapter:  7 |
| George L. Miller<br><br>　　Plaintiff<br><br>　　vs.<br><br>Scrap Connection<br><br>　　Defendant(s) | <br><br>Adv. Proc. No.:  21−50228−KBO |

**JUDGMENT BY DEFAULT**

　　On 4/28/21, default was entered against defendant(s) Scrap Connection . The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

　　Judgment is entered against defendant(s) Scrap Connection in the amount of $906,990.09 plus court filing costs in the amount of $350.00 .

Date: 4/28/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Una O'Boyle_

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Una O'Boyle, Clerk of Court

(VAN−433b)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Adv. Proc. No. 21-50228-KBO

Scrap Connection,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Apr 28, 2021 | Form ID: van433b | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Apr 28 2021 20:13:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Apr 28 2021 20:13:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | Apr 28 2021 20:13:00 | United States Trustee (SV), 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017-3560 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew W. Caine | on behalf of Plaintiff George L. Miller acaine@pszyjw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: van433b | Total Noticed: 3 |

Bradford J. Sandler
    on behalf of Plaintiff George L. Miller bsandler@pszjlaw.com

George L. Miller
    gmiller@mctllp.com  lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com

Peter J Keane
    on behalf of Plaintiff George L. Miller pkeane@pszjlaw.com

TOTAL: 4